(1)

# SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

FILED

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

08 CV 0271 JAH POR

| Inmate's Name: / Nombre del Encarcelado: RAY SAPP | 7-20-57 D.O.B | Booking No.: / Número: #6465306 | Facility: / Cárcel: GBDF | Housing Unit: / Tanque: 6B 225 |
|---|---|---|---|---|

Hello, Courts.                              2-11-08

This written compliant is - against the practicies, and policies of the sheriffs action while i am under doctor-care, and waiting surgery in the cavity of my-spine. UCSD's pain clinic diagnosed, and perscribed surgery. This duration, and numerous hospital & court transports have threatened my physical functions also denied walking supports. My painfull plus equilibrium disabilities are in great-demand for perscribed perscriptions that help my disabled handie cap-disfunction. The medical, and sheriff staff have conspired a-some-what type of conspiracy between deputy's. And civilian employee's about my sick call, and doctor appointments i have been egregiously neglected from. Even medical chrono's have been denied by deputy's, also taken from me that were perscribed by facilities doctors. This correctional facilities perscribed genuine orthopedic shoes, and i was given commissary shoes - not certified orthopedic shoes, my chrono was denied by sheriffs deputy's. So now i walk-in-shower shoes that are a safe & health issue due to numbing of my leg &

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

(2)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: / Nombre del Encarcelado: | Booking No.: / Número: | Facility: / Cárcel: | Housing Unit: / Tanque: |
|---|---|---|---|
| 7-20-57 D.O.B  RAY SAPP | # 6465306 | GBDF | 6^B 225 |

feet. This negligence of treatment and delayed-tactic of critical urgent surgery has transpired into deprived crucial resentment. So all my request, and follow-ups of civilian-doctor appointments- i recieve punishing treatment by deputy's, and transportation officers also, denied urgent care due to the elements of resented action of the sheriffs staff. My diagnosed severe nerve damages have been identified by (UCSD)-orthopedic surgen as needing immediate surgery. This far fetched negligence has been going on for 14½ pain full months i truely have suffered "Sheriffs-medical-system-Division" and policies are responsible for the welfare, and morals that are my constitutional rights that have been deprived, and neglected. The unpredictale duties of the sheriffs has-brought-doubt, and suffering negligence to me "mentally & physically. This practice has been forwarded to (Commanders), and Even (William B Kolender)-but 'no' responce. I've had a UCSD medical hold on me sense -12-27-06- but still 'no' surgery. Who do i turn to for legal, and medical action? This painfull wait has escalated more crucial & cruel handicap life long disabilities. My walking abilities are (a-safe & Health-issue) needing helpfull supports. †

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

(3)

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE* para la persona que reciba ésta carta lea el reverso de ésta página.

| Inmate's Name:<br>Nombre del Encarcelado:<br>RAY SAPP | 7-20-57<br>D.O.B. | Booking No.:<br>Número:<br>#646530b | Facility:<br>Cárcel:<br>GBDF | Housing Unit:<br>Tanque:<br>6 B 22 5 |

During these -14½ months of ignored conditions i was perscribed cortisone shot at Thornton Hospital (pain clinic) these painfull & failured injection were wrongfully mal-practiced my medical. diagnosed sympton are nerve damages, and require surgery that is critical to functions of my leg & feet. Sheriffs medical have all the medical files here at GBDF. I aam pleading for legal guidence after writting the (county internal affairs) to request legal aid i was (not helped.) These jeopardizing actions brings unbecoming negligence of (internal affairs) i truely suffer. Because of my compliant toward the county sheriffs my well-being is in question for any requests for authorities which work with inmates that have personal injury's by arresting officers of San Diego county. My medical privileges are limited, and most of the time delayed, i have been emotionaly sabotaged, and physically neglected by the county sheriffs Dept. My excruciating anguish has been tormenting me day after day. Tremendous amounts of neglected (med-treatment) within the facilities of the sheriffs corrections. This is pure negligence.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
DETENTION FACILITY SERVICES

IT IS IMPORTANT for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: / Nombre del Encarcelado: Ray Sapp  7-20-57 D.O.B | Booking No.: / Número: #6465306 | Facility: / Cárcel: GBDF | Housing Unit: / Tanque: 6^B 225 |
|---|---|---|---|

The humilation of being chained to hospital beds by deputy's for 18 hrs. by the sheriffs dept. have conducted incriminating practicies, and unbecoming actions. The internal conditions are unbareable due to repetitious "deprived urgent treatment, i so dearly suffer, and was recommended by civilian doctors of UCSD's orthopedic surgens. The ignored & delayed medical treatment has merged into life long disabilities or handie-cap disorders. I have suffered tremendously while my painfull conditions add misery and mental anguish. Medication are deprived by perscriptions that last only for aweek or 2 then i have to request & hopefully will be scheduled a appointment with facilities contracted agent doctors at (GBDF)- clinic. This union, and company of sheriffs are responsible for mine and other inmates health, and safety (being) that are under policies of the San Diego county sheriffs. The obligations, and violations bring-delays of medical & conditions involving my future functions, that support my family, and household (needs) of daily survival. My back & physical conditions are deprived, and the sheriffs treacherous arrest has disabled me as i continue to pray for granted by county spinal-nerve damage surgery. I have "egregiously suffered"

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

(5)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. **ES IMPORTANTE** para la persona que reciba ésta carta lea el reverso de ésta página.

| Inmate's Name: / Nombre del Encarcelado: | Booking No.: / Número: | Facility: / Cárcel: | Housing Unit: / Tanque: |
|---|---|---|---|
| 7-20-57 D.O.B  RAY SAPP | #6465306 | GBDF | 6B 225 |

by this county facilitie & staff. Resentment & discriminating actions i bare while during my wait of courts & demanding surgery included - is allegations & sheriff authority's actions that thoughtlessly imposed my "hardship" plus medical disabilities by malicious "spiteful" aggressive treatment during my 5 to 6 hrs. in sheriffs patrol car at my residence of (El-cajon CA) with (car) High heater on. This terrifying action has been forwarded to (Clerb), and i wait for results, and investigation of misconducts by Alpine Sheriffs, and county jail facilities. i get only favoritism by (Clerb). I appreciate the kindness of authorities that will read this letter, and forward it to (someone) to help me (resolve this act of violation" of my constitutional rights). Civilian perscribes medical recommendations at UCSD but the county will not allow UCSD's neurologist & orthopedic Surgens (effective) recommendation to be treated to me. These county interns have "no knowledge" of a neurosurgeon or orthopedic support or supplement. They are "unskilled" at these medical skills. Please refere me to legal guidence with this violation of my rights & deliberate indiff..

Thank you

Ray Sapp
#6465306
2-11-08

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

Att: {I am illiterate}    OVER / VEA AL REVERSO

J-56 Side One (Rev. 4/98)

Superior Court.
"I was-answed by (Judge: Leo Valentine) by a informal State Habeas Corpus.. San Diego."

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

### I (a) PLAINTIFFS
Ray Sapp

### DEFENDANTS
SD County Sheriff's Department

2254   1983
FILING FEE PAID  Yes __  No ✓
IFP MOTION FILED  Yes __  No ✓
COPIES SENT TO  Court / Pro Se

FILED
2008 FEB 13  PM 3:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    RM    DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Ray Sapp
446 Alta Road, Suite 5300
San Diego, CA 92158
6465306

ATTORNEYS (IF KNOWN)

'08 CV 0271 JAH POR

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

### V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

### VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE               Docket Number

DATE   February 13, 2008

SIGNATURE OF ATTORNEY OF RECORD
[signature]