RAY SAPP  Ray Sapp
**PLAINTIFF/PETITIONER/MOVANT'S NAME**

#6465306
**PRISON NUMBER**  GBOF

446 ALTA ROAD  SUITE 5300
**PLACE OF CONFINEMENT**

SAN DIEGO CALIFORNIA 92158
**ADDRESS**



# United States District Court
## Southern District Of California

RAY SAPP  Ray Sapp,
Plaintiff/Petitioner/Movant

v.

SAN DIEGO COUNTY Sheriff's
DEPT, ET AL.,  Defendant/Respondent

Civil No. 08-0271 JAH (POR)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Ray Sapp (RAY SAPP), declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☑ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  S.D. COUNTY JAIL 446 ALTA ROAD SUITE 5300
   Are you employed at the institution?          ☐ Yes ☑ No
   Do you receive any payment from the institution?  ☐ Yes ☑ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)          C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __Ø__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 1,088 A WEEK ) $32.50 hr. ( AHRENS Corporation 5959 Mission Gorge Rd. ( Jeff Bar Supevisor) ( West AHRENS son of corporation. "Nancy personal dept

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): __Ø__
   b. Present balance in account(s): __Ø__

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): __Ø__
   b. Present balance in account(s): __Ø__

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: Ford    Year: 1997    Model: Aero star (VAN)
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. **Lucia Sapp (wife) total supports**

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   **Bank America    owe ?**
   **Sears           owe ?**
   **Discovery       owe ?**

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): **0**

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____
    *[illegible handwriting]*

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

**2-27-08**
DATE

**Ray Sapp**
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _Roy Doff_,
(NAME OF INMATE)

_# 6465306_
(INMATE'S CDC NUMBER)

has the sum of $ _$0.56¢_ on account to his/her credit at _$0.56¢_

_GBDF 446 Alta Road Suite 5300 San Diego, CA 92158_
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _0_

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _0_,

and the *average monthly deposits* to the applicant's account was $ _0_.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____
OFFICER'S FULL NAME (PRINTED)

_____
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Rey Supp #6465306_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_2-27-08_                                         _Rey Supp_
DATE                                              SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)         C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

5

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION SERVICES BUREAU

### MAIL TO INMATES / CORRESPONDENCIA PARA ENCARCELADOS

Address the envelope as follows / *Dirija toda correspondencia en la siguiente manera*

FROM: Sender's name, street address, city, state and zip code
TO: Inmate's full name, booking number, if known, and detention facility address

*DEPARTE DE: El nombre del remitente, domicilio, ciudad, estado y zona postal*
*PARA: El nombre del encarcelado, su número de cárcel, si lo sabe, y la dirección de la cárcel*

**SAN DIEGO CENTRAL JAIL**
P.O. Box 122952
San Diego, CA 92112-2952
Information Phone:
(619) 615-2700

**DESCANSO DETENTION FACILITY**
7878 Cambell Ranch Rd.
Alpine, CA 91901
Information Phone:
(619) 445-6960

**GEORGE F. BAILEY DETENTION FACILITY**
446 Alta Rd., Suite 5300
San Diego, CA 92158
Information Phone:
(619) 661-2620

**EAST MESA DETENTION FACILITY**
446 Alta Rd., Suite 5200
San Diego, CA 92158
Information Phone:
(619) 661-2608

**LAS COLINAS DETENTION FACILITY**
9000 Cottonwood Ave.
Santee, CA 92071-3093
Information Phone:
(619) 258-3176

**SOUTH BAY DETENTION FACILITY**
500 Third Ave.
Chula Vista, CA 91910-5646
Information Phone:
(619) 691-4810

**VISTA DETENTION FACILITY**
325 S. Melrose Drive, Suite 200
Vista, CA 92083-6627
Information Phone:
(760) 940-4473

All inmate mail, except legal correspondence, is opened, searched and subject to recording by Detention Facility officials. *Toda la correspondencia recibida, excepto correspondencia legal, será abierta, examinada y será documentada por officiales autorizados de la cárcel.*

### MONEY TO INMATES / DINERO PARA ENCARCELADOS

When mailing funds to an inmate, **use BANK, U. S. POST OFFICE OR WESTERN UNION MONEY ORDERS** or **CERTIFIED CHECKS ONLY.** Personal checks cannot be cashed by an inmate. **DO NOT** send cash through the mail. Cash must be brought to the Jail Information Window. There is a ten (10) working day hold for the check to clear the bank. *Cuando quiera mandar dinero al encarcelado, mande **GIRO BANCARIO, GIRO POSTAL, GIRO WESTERN UNION ó CHEQUE BANCARIO CERTIFICADO** solament. Cheques personales no se aceptan. **NO MANDE** dinero por el correo. Si desea puede traer el dinero directamente a la Ventanilla de Información de la cárcel. Hay un período de diez (10) dias de espera para que los cheques se puedan cobrar y transferir a las cuentas del encarcelado.*

### VISITING / VISITAS

Visiting days and times differ at each facility. My visiting day/time is:
*Los dias y la hora de visita son diferentes en cada cárcel. Mis dias de visita son:*

### GENERAL INFORMATION / INFORMACION GENERAL

Medical, dental, religious and counseling services are provided by the jail. Inmates may not receive incoming phone calls, but are allowed to make outgoing collect calls on a varying schedule. *Servicios médicos, dentales, religiosos y consejeros son disponibles por medio de la cárcel. Los encarcelados no pueden recibir llamadas*

J-56 Side Two (Rev. 5/00)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: / Nombre del Encarcelado: RAY SAPP  7-20-51 D.O.B | Booking No.: / Número: #6465306 | Facility: / Cárcel: GBDF | Housing Unit: / Tanque: 3C 240 |
|---|---|---|---|

"I Am request (1-copy of Motions, And Declarations under Penalty of Perjury in support of motions to proceed in forma Pauperis or any type of guidence that will help me understand legal matters.
My constitutional rights have been violated Also- deliberate indifference of unnecessary suffering because of untrained medical staff that refuses to honor or perscribed by UCSD's train medical staff medications. Neurosurgen & orthopedic surgens recommended medical support but Dr. Adam & Dr. Jenkin refused to perscribe the helpfull supports. The also terrible act of calling me (a-idiot and refusing my follow up treatments. I have suffered for 14 months. I need surgery my leg & feet go num & also im partial blind in left eyes. I need to sign over all my medical files to U.S. District Court. And UCSDs prescribed cortisone shots for pain instead of fixing my nerve damaged spine. This a threat to permanet life long disabilities. THANK YOU.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

*Ray Sapp*
#6465306

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

**Fac:** 1    **Account Group:** INMATE    **Account Type:** GEN

**Account #:** 6465306

**Name(L,F,M,S):** SAPP, RAY, JR

**Start Dt/Tm:** 01-01-1990 1200    **Ending Dt/Tm:** 12-27-2007 1601

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 400466173 | INTAKE | 12-28-2006 0256 | $122.00 | $122.00 |
| 400474525 | COM | 01-03-2007 0754 | ($49.07) | $72.93 |
| 400477872 | INDEP | 01-05-2007 1045 | $50.00 | $122.93 |
| 400484686 | COM | 01-10-2007 0722 | ($32.16) | $90.77 |
| 400494792 | COM | 01-17-2007 0632 | ($32.95) | $57.82 |
| 400502364 | MEDPAY | 01-22-2007 1245 | ($3.00) | $54.82 |
| 400505276 | COM | 01-24-2007 0951 | ($13.46) | $41.36 |
| 400509882 | INDEP | 01-27-2007 1623 | $40.00 | $81.36 |
| 400515183 | COM | 01-31-2007 0809 | ($11.31) | $70.05 |
| 400526472 | COM | 02-07-2007 1200 | ($18.28) | $51.77 |
| 400527424 | COM | 02-08-2007 0510 | ($21.78) | $29.99 |
| 400527473 | COMRET | 02-08-2007 0526 | $21.78 | $51.77 |
| 400533257 | COMRET | 02-12-2007 0944 | $3.36 | $55.13 |
| 400536530 | COM | 02-14-2007 0931 | ($22.19) | $32.94 |
| 400546253 | COM | 02-21-2007 0803 | ($12.73) | $20.21 |
| 400557027 | COM | 02-28-2007 1038 | ($7.70) | $12.51 |
| 400568389 | COM | 03-07-2007 1451 | ($12.44) | $0.07 |
| 400571301 | INDEP | 03-09-2007 1332 | $20.00 | $20.07 |
| 400572481 | MEDPAY | 03-10-2007 1121 | ($3.00) | $17.07 |
| 400578190 | COM | 03-14-2007 0917 | ($8.94) | $8.13 |
| 400578225 | COM | 03-14-2007 0927 | ($7.44) | $0.69 |
| 400586939 | COMRET | 03-20-2007 0735 | $7.44 | $8.13 |
| 400587334 | COMRET | 03-20-2007 0916 | $0.94 | $9.07 |
| 400588724 | COM | 03-21-2007 0838 | ($7.72) | $1.35 |
| 400596671 | COMRET | 03-26-2007 1325 | $1.68 | $3.03 |
| 400599228 | COM | 03-28-2007 0842 | ($2.96) | $0.07 |
| 400679386 | MEDPAY | 05-19-2007 2311 | ($3.00) | ($2.93) |
| 400714677 | INDEP | 06-11-2007 1620 | $15.00 | $12.07 |
| 400717525 | COM | 06-13-2007 1129 | ($11.80) | $0.27 |
| 400867621 | INDEP | 09-08-2007 1904 | $20.00 | $20.27 |
| 400869748 | COM | 09-10-2007 0843 | ($15.02) | $5.25 |
| 400872494 | COM | 09-11-2007 1701 | ($0.01) | $5.24 |
| 400881273 | COM | 09-17-2007 0726 | ($4.68) | $0.56 |

**Transaction Total:** $0.56

**Total Amount by Transaction Type**

COM / COMMISSARY INMATE PURCHASING ITEMS    ($292.64)

COMRET / COMMISSARY - INMATE RETURNING ITEMS    $35.20

## GBDF
## INMATE REQUEST RESPONSE

**To:** Ray Sapp     6465306     6B

**From:** Ricardo Marentez

**CC:** Accounting Unit, Counselor Schick

**Date:** 12/26/07

**Mr. Sapp;**
Relative to your request for a statement of account, please be advised that the Counseling unit of this facility, does not handle accounting matters. I also spoke with the Counselor assigned to your living module and she followed procedures by forwarding your request to the accounting department of this facility. I am cc'ing a copy of this response to them for their action. You now have a written response from our department as proof.
If you have any further questions, please don't' hesitate to contact the Counselor again. She will direct you to the appropriate resource.