RAY SAPP    JR
(Name)
446 AlTA Road SuiTE 5300
(Address)
San Diego, California 92158-0001
(City, State, Zip)
#646 5306/4c 247
(CDC Inmate No.)



FILED

JUN 2 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# United States District Court
## Southern District of California

RAY SAPP JR            ,
(Enter full name of plaintiff in this action.)

        Plaintiff,

v.

San Diego County Sheriffs
GBDF S.D county Jail,
Medical, UCSD medical,
Files And treatment...,
(Enter full name of each defendant in this action.)

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

08CV 0271 JAH (POR)

Civil Case No._____
(To be supplied by Court Clerk)

**FIRST AMENDED**
Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
Sheriffs medical SYStem Division... UCSD's Recommendations to county Jail for treatment, and All my medical files...

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, RAY SAPP
(print Plaintiff's name)
_____, who presently resides at 446 AlTA Rd S.D. Calif 92158
(mailing address or place of confinement)
Constitutional Rights 8th Amendment          , were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at 15141 Olde Hwy
80 lot B-15 ElcaJon CAlif 92021 on (dates) 12-27-06 12-27-06, and _____.
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 4/06)

2. <u>Defendants</u>:  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant S.D. Sheriffs resides in S.D. County ,
  (name)                                             (County of residence)
and is employed as a Sheriff Dept . This defendant is sued in
            (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: Acting under practicies and policies of S.D. county.
Sheriffs, training during my Arrest.

_____

Defendant GBDF medical dept. (ii.) resides in S.D. county ,
  (name)                                             (County of residence)
and is employed as a Sheriffs medical syst Division . This defendant is sued in
            (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: Diagnosis by UCSD trained skilled M.D., and (Rerouted)
back to GBDF medical with recommendations by UCSD M.D.
for surgery. That ive waited for 18 months in Jail..

Defendant _____ resides in _____ ,
  (name)                                             (County of residence)
and is employed as a _____. This defendant is sued in
            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____

Defendant _____ resides in _____ ,
  (name)                                             (County of residence)
and is employed as a _____. This defendant is sued in
            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: EXCESSIVE FORCE, AND MIS CONDUCT
(E.g., right to medical care, access to courts,
by SHERIFFS / CRUEL & UNUSUAL PUNISHMENT / HEART WIDE OPEN SHERIFFS CAR.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

ON 12-27-06 AT MY RESIDENCE AT COUNTRY CREEK PARK lot-15 i WAS ARRESTED the SHERIFF drove UP AND told ME to put hands ON MY truck he pull of MY YARD CAP, AND JERKED off MY JACKET then put the handcuffs ON, AND lead ME to the SHERIFF CAR WHERE i had BEEN iN BACK SEAT FOR 5 to 6 HRS handcuffed WHILE heater WAS ON iN CAR WIDE OPEN., MY ASSISTANT MANAGER WATCHED SOME of MY ARREST (619) 443-0262., Also the MAINTANCE MAN Bobby. BEiNG booked dOWN TOWN iN 4B i REQUESTED MEDICAL TREATMENT, AND REQUESTED it FROM CLASSIFICATION AT CENTRAL JAIL, Also told the NURSE About MY BACK thAT WAS iNjURED iN BACK oF SHERIFFS CAR. While hand cuffed iN BACK of SHERIFFS CAR AT MY RESIDENCE... I ASKED the ARRESTing officer to lower CAR heater WHILE WE WAITED FOR D.V. iNVESTigators that took 5 to 6 HRS AT MY RESIDENCE iN BACK of SHERIFFS CAR. MY RIGHTS WERE READ AFTER i WAS put iNto SHERIFFS CAR DEC-27-06 ... I WAS took to AlDiNE SUBSTATION, AND MY blood WAS TAKEN plus. The detective WHITE try to MAKE ME TALK but i told him i NEED A ATTY PRESENT he KEPT ON trying tO put word's iN MY mouth SO i told him AgAiN i NEED to SPEAK to ATTY.. He had A TAPE PLAYER sittiNg ON desk tryiNg to TAPE the CONVERSATION... I SPOKE AgAiN i NEED to SPEAK to A ATTY...

Count 2: The following civil right has been violated: UNNECESSARY SUFFERING AND

MEDICAL CARE, UNNESSARY SUffering CRUEL AND UNUSUAL PUNISHMENT

(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.) - TOdARO V. WARD, 565 F.2d 48, 52 (2d Cir 1977)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in
your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 2.]

DELiBERATE INdiFFERENCE: ON 12-27-06 AFTER bEiNg bOOkEd
IN CENTRAL THAN SENT TO SOUTH BAY DETENTION 2 X-RAY & 3-MRI's THAT DR
AdAMS diAgNOSED STATING i NEED SURGERY. THEN A FEW MONTHS
lATTER i WAS SENT TO GBDF WITH SEVERE NERVE dAMAGES IN
CAViTY OF SPINE CAUSING NUMBNESS, AND WALKING diS FUNCTIONS.
FOR 18 MONTH i HAVE SUFFERED IN PAIN, AND WITH `NO' RELIEF
OR NO MANdATED SURGERY. THIS CONSITUTIES dELiBERATE INdiFFERENCE
A SERiOUS MEdiCAL NEED THAT iS A SAFE & HEALTH iSSUE IN
ViOLATION ALSO COURT AND hOSPITAL APPOINTMENT WITH ONLY 3:AM
MEdiCATION AND `NO' NOON WHiLE IN HOLdiNg TANKS OF
ELEASON WITHOUT SUPPORTS THAT HELP WALKiNG. BECAUSE OF
NUMBNESS FROM WAIST dOWN THAT MAKES A diSABILITIE
IN FUNCTiONING NO-HANd RAILS IN HOLdiNg TANKS NO WALKiNg
SUPPORT, MY WERE CONFISCATED BY SHERIFFS STAFF ON OCT
19-'07. THEY WERE COMMISSARY SHOES THAT THE MEdiCAL CLiNiC
PRESCRIBED THEY WERE NOT ORTHOPEdiC SUPPORTS DR JENKINS
RECOMMENDED.. I ALSO WAS PRESCRIBED A SHOE CHRONO-5-11-07
DR AdAMS ON 7-30-07 dENIED ME TREATMENT, AND CALLEd
ME A idiOT.. I'VE ASK SEVERAL TIME FOR WALKiNg SUPPORTS
WHiLE IN HOSPITAL & COURTS TO STOP FROM MY EQUILIBRIOM diSFUNCTION
MAKiNg diSABILITIES.. EAST COUNTY COURTS HAVE NO HANdiE CAP hOLdiNg
TANKS, NEITHER dOES UCSD.. MY NUMBNESS EVEN EFFECTS MY
GENITAL bOWEL & bLAddER CONTROL... 18 MONTH OF CRUEL & UN
USUAL PUNiSHiNg & MENTAL ANGUISH.. DEPUTY ESCORT TO UCSD
Mr. S. WiNSOR AT EMERGENCY ROOM CHAINEd IN BEd IN HALL-WAY
14 hRS OR MORE IN PUBLIC EYES IN EMERGENCY ROOM..
CRUEL & UNUSUAL PUNISHMENT. NO FOOd SENSE 3 AM THAT MORNING.
OR MEdiCATIONS... RECOMMENDATION BY THORNTON HOSPITALS
UCSD im STiLL WAITING FOR CRITICAL BACK SURGERY... SUFFERING

RECOMMENDED MEdiCATIONS by UCSD; FACiLiTiES DR. REFUSES THEM..

Count 3: The following civil right has been violated:_____

(E.g., right to medical care, access to courts,

_____

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: RAY SAPP #6465306

Defendants: Sheriff of S.D. County [County Jail S.D. medical]

(b) Name of the court and docket number: Superior Courts HC 15012
CASE NO. 3:08 cv 271 US. District Courts [Federal].

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] ??
Informal Response.

(d) Issues raised: Excessive fore, mis conduct, by Sheriffs
of S.D. county
Medical at GBDF Authorities; Sheriffs Medical system
Division, Cruel & unusual ponishment. deliberate indifference
Wait for surgery 18 month unnecessary suffering delib-indiff..

(e) Approximate date case was filed: Jan 10-07

(f) Approximate date of disposition: ?

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☑ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

County Court sent me forms that would not help
me with my compliant, and were cancled by the
claim division and sent back stamped cancled..
I was having problems understanding
what is what... No knowledge of Law, and
have no money for legal assitance ...
Informal responce... ..

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): _____

_____

_____

_____

    2. Damages in the sum of $ _____.

    3. Punitive damages in the sum of $ 2,200,000 .

    4. Other:_____

_____

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☑ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

6-13-08
Date

Ray Sapp JR
Signature of Plaintiff

I AM illiterate EXCUSE ME...

§ 1983 SD Form (Rev. 4/06)

7