# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

**2008 AUG 22 AM 9: 53**

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE — Houston
FROM: R. Mullin, Deputy Clerk      RECEIVED DATE: 8/19/2008
CASE NO.: 08cv0271 JAH (POR)     DOCUMENT FILED BY: Plaintiff
CASE TITLE: Sapp v. San Diego County Sheriff's Department
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Ex parte communication is prohibited.** |

Date forwarded: 8/20/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 8/21/08     CHAMBERS OF: Judge Houston
                   By: SMR / PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

(1)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**REJECTED**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: / Nombre del Encarcelado: RAY SAPP (JR) | Booking No.: / Número: #6465306 | Facility: / Cárcel: G.B.D.F. | Housing Unit: / Tanque: Bottom 3 C 247 |
|---|---|---|---|

D.O.B. 7-20-57

8-17-08

Courts;

I've recently filed a compliant, and claim that addresses the county correction deprivations of serious needed surgery recommended by Dr. Nicholas at UCSD's Pain clinic at Thornton hospital S.D.. My question is hows my compliant doing? I sent recent corrections that were hopeful & helpfull.. This letter is to ask the courts to respond about my civil right compliant, and is there any other documents that i need to fill out and send back.. Also may i request a civil right filling compliant forms that i can follow up on the sheriff's misconduct while responding to a burglary call that involves my residence, and my wife cutting [her hand] because of Sgt. Justin White's Domestic Violence investigators that searched my residence then destroy my personal belongs that includeds a framed picture of Jesus Crists last supper with a glass protected that was broke on my bed that my wife

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)